**OFFICE OF THE DISTRICT ATTORNEY, KINGS COUNTY**

**RENAISSANCE PLAZA at 350 JAY STREET**
**BROOKLYN, N.Y. 11201-2908**
**(718) 250-2000**

**CHARLES J. HYNES**
***District Attorney***

March 31, 2009

Hon. Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Davis v. Walsh, 08-CV-4659 (DLI)

Dear Judge Irizarry:

On March 25, 2009, Your Honor ordered respondent to file electronically the exhibits comprising the state court record. These exhibits have been converted into eight pdf documents, which I am transmitting electronically with this letter. It was necessary to break up the exhibits into separate documents in order to conform to the technical specifications of the Court's ECF website. Jodi Mandel, the First Deputy Chief of the Appeals Bureau at the Kings County District Attorney's Office, was informed by Doug Palmer, Chief Deputy for Systems at the Court, that each pdf document uploaded to the ECF website could not exceed five megabytes in size. For this reason, it was necessary to break up into eight documents the lengthy exhibits in this case. The title of each document indicates what part of each exhibit is contained in the document. The documents are being transmitted in two transmissions of four documents each because during our initial attempt to transmit all eight documents the ECF website timed out after six documents were uploaded.

Sincerely,

*Howard B. Goodman*
Howard B. Goodman
Assistant District Attorney
(718) 250-2512

cc: Keith Davis
# 04 A 6113
Eastern Correctional Facility
Box 338
Napanoch, N.Y. 12458-0338